**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **MORRIS EDWARDS,** Petitioner | **CIVIL ACTION NO. 5:18-CV-504-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **WARDEN,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation previously filed herein, noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition is **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of June, 2018.

_____
**CHIEF JUDGE S. MAURICE HICKS, JR.**
**WESTERN DISTRICT OF LOUISIANA**